SHIRLEY E. STOLLER, Respondent, v. HERBERT STOLLER, Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Steuer, JJ.